**Zake KOLJCEVIC, Petitioner–Appellant,**

v.

**Alberto GONZALES, Attorney General of the United States of America, Respondent–Appellee,**

No. 03–4507, 04–3292.

United States Court of Appeals, Sixth Circuit.

May 18, 2005.

Marshal E. Hyman, Troy, MI, for Petitioner–Appellant.

Emily A. Radford, Papu Sandhu, Jennifer Keeney, Washington, DC, for Respondent–Appellee.

Before NORRIS and BATCHELDER, Circuit Judges, and MILLS, District Judge.*

## MEMORANDUM OPINION

PER CURIAM.

Petitioner Zake Koljcevic appeals the Board of Immigration Appeal's (the "BIA") decision to deny her appeal for relief under the Convention Against Torture.

Upon consideration of the record, the parties' briefs, and the relevant law, we are not persuaded that the BIA erred in dismissing Ms. Koljcevic's motion to reopen her petition. The BIA correctly found that Ms. Koljcevic's motion was untimely and that she failed to show prejudice. Thus, a detailed written opinion by this Court would serve no useful purpose.

The BIA's decision is AFFIRMED.